# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United Healthcare Services, Inc., | Case No. 25-cv-1189 (JWB/ECW) |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| Broadcom Inc. et al., | |
| Defendants. | |

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter.

DATED: April 3, 2025

*s/ Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge