IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BROADCOM INC. and CA, INC., <br><br> Defendants. | Case No. 25-cv-01189 (JWB/SGE) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTON FOR AN EMERGENCY PRELIMINARY INJUNCTION** |

This matter came before the Court on Plaintiff United Healthcare Services, Inc.'s ("United") Motion for a Preliminary Injunction ("PI Motion"). The Court heard oral argument on [DATE], 2025. [NAME], [FIRM] appeared on behalf of United. [NAME], [FIRM] appeared on behalf of Defendants Broadcom Inc. and CA, Inc. The capitalized terms herein have the same meaning ascribed to them in United's Memorandum submitted in support of its PI Motion.

Based on all of the files, records, and proceedings herein, **IT IS ORDERED** that Defendants are preliminarily enjoined, pending this Court's final adjudication of United's Complaint, from terminating, limiting, or otherwise denying United continued full and effective access to, and use of, all of the CA Software and Services they are currently using or accessing, at the currently authorized usage or capacity levels, as previously agreed by the parties, and Defendants are to avoid any conduct that may cause any disruption to United's ongoing access to and use of that Software and Services.

2

**IT IS SO ORDERED**.


Date: _____                                  _____
                                                              Jerry W. Blackwell
                                                              UNITED STATES DISTRICT JUDGE