UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United Healthcare Services, Inc. | Civil No. 25-cv-1189 (JWB/SGE) |
| Plaintiff, | |
| v. | **ORDER EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT** |
| Broadcom Inc. and CA, Inc. | |
| Defendants. | |

This matter came before the Court on the Parties' Joint Stipulation to Extend Deadline to Respond to the Complaint [Dkt. 86]. Based on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. There is good cause to extend Defendants' deadline to respond to the complaint.

2. The deadline for Defendants to respond to the complaint is extended to July 2, 2025.

Dated: May 13, 2025

                                             _s/Shannon G. Elkins_
                                             SHANNON G. ELKINS
                                             United States Magistrate Judge