# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United Healthcare Services, Inc.,        Civ. No. 25-1189 (JWB/SGE)

       Plaintiff,

v.        **ORDER**

Broadcom Inc. and CA, Inc.,

       Defendants.

---

Before any ruling is made on the parties' joint request to close the May 21, 2025 preliminary injunction hearing (Doc. No. 91), a sufficient factual showing is required to satisfy applicable Eighth Circuit precedent. The letter submission by itself is insufficient.

By May 21, 2025, at 9:00 a.m., the parties shall submit under seal either a joint or separate sworn declaration(s) from a person with personal knowledge identifying:

1. The categories of confidential, proprietary, or security-sensitive information anticipated to be discussed during the hearing;

2. The specific and concrete harms likely to result from public disclosure of such information; and

3. The reasons why alternatives to full closure—such as partial closure, advance warnings, or real-time objections followed by transcript sealing—would not adequately protect those interests.

Based on the submissions, a determination will be made regarding whether full or partial closure is justified.

As an alternative to full closure, provisional closure may be implemented. Counsel must be prepared to provide advance notice during the hearing before any portion involving highly sensitive material, at which point the courtroom may be temporarily closed. Counsel are expected to confer in advance to identify such segments.

Any closure shall be narrowly tailored, and the public's interest in access will be preserved to the extent possible through the filing of a redacted transcript. Proposed redactions to the transcript should be submitted promptly following receipt of the official transcript.

**SO ORDERED.**

Date: May 20, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge