# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United Healthcare Services, Inc., | Civ. No. 25-1189 (JWB/SGE) |
| Plaintiff, | |
| v. | **ORDER REGARDING STIPULATED STATUS QUO, WITHDRAWAL OF EMERGENCY MOTION FOR PRLIMINARY INJUNCTION, AND TRIAL SCHEDULING** |
| Broadcom Inc. and CA, Inc., | |
| Defendants. | |

Pursuant to the parties' agreement, Defendants Broadcom Inc. and CA, Inc. have stipulated to maintain the status quo with respect to Plaintiff United Healthcare Services, Inc.'s continued access to and use of the licensed software and services at issue in this case through final judgment following trial to be completed in October 2025. In reliance on that stipulation, Plaintiff's pending motion for a preliminary injunction is withdrawn.

## ORDER

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Emergency Motion for Preliminary Injunction (Doc. No. 24) is **WITHDRAWN WITHOUT PREJUDICE**.

2. The hearing scheduled for May 21, 2025 is **CANCELLED**.

3. Trial is scheduled to begin on Monday, October 20, 2025, at 9:00 a.m., before Judge Jerry W. Blackwell in Courtroom 7A (STP). Trial is expected to last no more than four days.

4. The following tentative pretrial deadlines shall apply, subject to

modification following a Rule 16 conference with the assigned Magistrate Judge:

      a.      Fact discovery deadline: August 15, 2025

      b.      Expert disclosures (affirmative): August 22, 2025

      c.      Expert disclosures (rebuttal): September 5, 2025

      d.      Expert discovery completed by: September 19, 2025

      e.      Dispositive and *Daubert* motions (if any): September 26, 2025

      f.      Motions *in limine* and pretrial submissions: October 3, 2025

      g.      Final pretrial conference: October 10, 2025, at 10:00 a.m.

5.      No further motions for preliminary injunctive relief will be entertained prior to trial absent a material change in circumstances.

Date: May 21, 2025                              *s/ Jerry W. Blackwell*
                                                  JERRY W. BLACKWELL
                                                  United States District Judge